# Coltate Capital, L.L.C.

123 Robert S. Kerr Avenue, Suite 1624
Oklahoma City, OK 73102-6406
P.O. Box 3085
Oklahoma City, OK 73101-3085

Toll-Free: (877) 773-8542
Direct: 405-443-2641
Fax: (405) 601-3099

October 29, 2012

SUSAN K NAIL
300 COUNTY ROAD 940
CULLMAN, AL 35057

RE:     NAME:                        SUSAN K NAIL
        COLTATE ACCOUNT:        ▮
        PROPERTY ADDRESS:        1524 Heron Drive--Birmingham--AL 35214

Please be advised that Coltate Capital, L.L.C., is the current holder and owner of the above-referenced mortgage/deed of trust loan. According to our records, the present balance on this account is **$44,578.41**, including other charges (if any) as provided in your note.

Coltate has made numerous attempts to work with you on the subject account by contacting you through phone and mail, to which you never responded. This leaves us no alternative but to seek recovery through other means.

Because of the equity position, we choose not to commence foreclose proceedings at this time but are considering suit on the note in which a judgment will be obtained for possible garnishment. Please contact our office to make payment arrangements to avoid any further action.

Payment referencing your **Coltate Account** ▮ should be mailed to the following address:

**Coltate Capital, L.L.C.**
**P.O. Box 3085**
**Oklahoma City, OK 73101-3085**

If you have any questions, please contact Barbra Orr toll-free at (877) 773-8542 BOrr@coltatecap.com, Tony Wildman (405) 443-2640 TWildman@coltatecap.com or Kristy Harper (405) 443-2642 KHarper@coltatecap.com, Monday through Friday between the hours of 8:00 a.m. and 5:00 p.m. CST.

Sincerely,

*Barbra Orr*

**Barbra Orr**
Real Estate Account Manager

*Please call me —*
*you owe from 9/1/06 to*
*10/1/12 = 73 payments*
*@ $355.24 = $25,932.52*
*I can do a work out but*
*you need to call*

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

CLT20